EDWARD E. POLLOCK v. MAURICE LACHMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

COUGHLAN & Co., INC., v. LOUIS FRANKEL.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

NICKIFOR KAPITANCHUCK v. TIMOTHY CHEMKOWITZ, as President, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

JACOB A. KLEVENS v. EDNA SCOTT TULL and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

SAMUEL WEISINGER v. SIMON R. KALMANOFF.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

SAM FELDMAN and Others v. KIDDIE GARMENT Co., INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

GEORGE E. HUNT v. W. & J. SLOANE.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

INTERNATIONAL UNION BANK v. NATIONAL SURETY COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

LOUIS SCHRAG v. LEO COHN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

PHILIPS & SON, a New York Corporation, v. CENTRAL OF GEORGIA RAILWAY COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

FRANCIS A. ADAMS v. PENNSYLVANIA RAILROAD COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

TEXTILE ALLIANCE, INC., v. P. H. KEAHON, INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

PALISADE SIGHTSEEING AND TRUCKING CORPORATION v. RODGERS & HAGERTY, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

DAVID FELD and Others v. ROBERT SLAVEN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

NATHAN WINT and Others v. A. R. RUBIN, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

BETTY HAUSER v. CASPER STAHL. CARL HAUSER v. CASPER STAHL.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

MORRIS STRUMEYER and Others v. AMERICAN RAILWAY EXPRESS COMPANY (INCORPORATED).— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling Finch, McAvoy and Burr, JJ.